UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ARTEAGA,<br><br>            Plaintiff,<br><br>      v.<br><br>N. WEST, et al.,<br><br>            Defendants. | No.  2:20-cv-0752-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 13 |

Plaintiff has filed a third motion for a sixty-day extension of time to file an amended complaint.  Plaintiff's request will be granted.  Plaintiff is notified that an amended complaint need only contain a short and plain statement of the facts giving rise to his claim.  It must also identify each defendant, state what each defendant did to violate his rights, and specify the relief requested.  The complaint should not contain citation to legal authority and need not be supported by exhibits or other forms of evidence.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 13, is granted.

2. Plaintiff is granted sixty days from the date of this order to file an amended complaint.

3. Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed; and

4. Plaintiff is admonished that the court is not inclined to grant further requests for

1 | extension of time absent a showing of extraordinary cause.

2 | Dated: October 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE