UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ARTEAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>N. WEST, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-00752-JDP (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO PROVIDE PLAINTIFF A BLANK SUBPOENA FORM AND REQUIRING PLAINTIFF TO COMPLETE AND RETURN THE SUBPOENA FORM TO THE COURT WITHIN THIRTY DAYS<br><br>ECF Nos. 16, 17 |

    Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The court previously screened plaintiff's first amended complaint pursuant to See 28 U.S.C. § 1915A(a). ECF No. 16. The court found that the amended complaint stated cognizable Eighth Amendment claims against defendants West and John Doe #1, but that all other claims were deficiently pled. *Id*. Plaintiff was granted thirty days to advise the court whether he intended only to proceed on the amended complaint's cognizable claims and voluntarily dismiss his other claims, file an amended complaint, or stand on his complaint. ECF No. 16.

    Plaintiff timely notified the court that he wishes to proceed only with his viable claims against West and Doe #1. In a concurrently filed order, the court directs service be initiated against defendant West. Because an unknown person cannot be serviced until he or she is

1

identified by name, service cannot be initiated against Doe #1 at this time. The court will therefore provide plaintiff with a signed subpoena form so that he can seek documents from CDCR or other appropriate entity that will reveal the name of Doe #1. Within thirty days of this order, plaintiff shall complete the provided form subpoena and return it to the court. Upon receipt, the court will direct the U.S. Marshal to serve the subpoena. Should plaintiff succeed in learning the identify of Doe #1, he must move pursuant to Federal Rule of Civil Procedure 15 to amend his complaint to add the identified individual as a defendant. Plaintiff is warned that should his motion to amend raise issues as to the applicable statute of limitations, he must satisfy the requirements of Rule 15(c). *See* Fed. R. Civ. P 15(c) (explaining the circumstances under which an amended complaint relates back to the date of the original pleading).

In accordance with the above, it is hereby ORDERED that:

1. The Clerk of the Court is directed to provide plaintiff with a signed but otherwise blank subpoena duces tecum form with this order. *See* Fed. R. Civ. P. 45(a)(3).

2. Within thirty days of the date of this order, plaintiff shall complete and return the provided subpoena. The subpoena shall identify with particularity the materials it commands to be produced. Upon receipt of completed subpoena form, the court will direct the U.S. Marshal to serve the subpoena.

IT IS SO ORDERED.

Dated:   March 11, 2021                                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

2