UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ARTEAGA, | Case No. 2:20-cv-00752-JDP (PC) |
| Plaintiff, | ORDER DIRECTING THE U.S. MARSHAL TO SERVE SUBPOENA ON CDCR'S OFFICE OF LEGAL AFFAIRS |
| v. | |
| N. WEST, *et al.*, | ECF No. 22 |
| Defendants. | |

Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The court previously found service of the first amended complaint appropriate against defendants West and John Doe #1. ECF No. 16. Because Doe #1 cannot be served until he or she is identified by name, plaintiff was provided a signed but otherwise blank subpoena form so that he can seek documents from CDCR or other appropriate entity that will reveal the name of Doe #1. *See* ECF No. 18.

Plaintiff has since returned to the court a completed subpoena, which is directed at the CDCR's Office of Legal Affairs. ECF No. 22. The court observes that the address provided by plaintiff on the subpoena is the address for California State Prison, Sacramento—100 Prison Road, Respa, CA 95671—where plaintiff is confined. That it is not the correct address for CDCR's Office of Legal Affairs. To assist the U.S. Marshal in effecting service of the subpoena, the court will modify the subpoena to reflect the correct physical address for CDCR's Office of

Legal Affairs. With this amendment, the U.S. Marshal will be directed to serve the subpoena duces tecum.

Accordingly, it is hereby ORDERED that:

1. The subpoena duces tecum submitted by plaintiff on April 14, 2021, is amended in that it shall be directed to CDCR's Office of Legal Affairs at 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

2. The Clerk of the Court shall serve a copy of this order and plaintiff's subpoena (ECF No. 22) on the U.S. Marshal.

3. Within fourteen days from the date of this order, the U.S. Marshal shall personally serve the subpoena duces tecum and a copy of this order upon CDCR's Office of Legal Affairs at 1515 S Street, Ste. 314 South, Sacramento, CA 95811.

4. Within ten days after personal service of the subpoena duces tecum, the U.S. Marshal shall file the return of service for the nonparties with the court.

IT IS SO ORDERED.

Dated:   April 26, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE