UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE O. ARTEAGA,<br><br>            Plaintiff,<br><br>      v.<br><br>N. WEST, et al.,<br><br>            Defendants. | No. 2:20-cv-00752 WBS JDP<br><br><br>ORDER |

----oo0oo----

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2021, plaintiff moved for leave to file a second amended complaint and set aside the voluntary dismissal of certain defendants.  (Docket No. 31, 32.)  On July 26, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and

1

recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  (Docket No. 45.)  Plaintiff has also filed another motion to amend his complaint.  (Docket No. 40.)

Given plaintiff's objections and the latest motion to amend, which appears related to plaintiff's motions which are the subject of the pending Findings and Recommendations, this matter is REFERRED back to the Magistrate Judge for further findings and recommendations so that the court may address all the pending motions and objections at the same time.

IT IS SO ORDERED.

Dated: September 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE