UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ARTEAGA,<br><br>                    Plaintiff,<br><br>        v.<br><br>N. WEST, et al.,<br><br>                    Defendants. | No.  2:20-cv-00752-WBS-JDP (PC)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed December 1, 2022, are adopted in full;

    2. Plaintiff's motions to amend the complaint, ECF Nos. 31 & 40, are denied; and

3. Plaintiff's motion to set aside his voluntary dismissal of defendants Sullivan and Thomison, ECF No. 32, is denied.

Dated: January 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE