ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
SHAINA ALCHECK, State Bar No. 345657
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3823
 Fax:  (415) 703-5843
 E-mail:  Shaina.Alcheck@doj.ca.gov
*Attorneys for Defendant*
*N. West*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE O. ARTEAGA,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**N. WEST,**<br><br>                              Defendant. | Case No. 2:20-cv-00752 JDP<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

**TO:  CLERK OF THE COURT AND PLAINTIFF JOSE O. ARTEAGA, in pro per:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 270(d) of the Eastern District of California, Defendant submitted his Confidential Settlement Conference Statement on May 8, 2023.

1

Not. of Defs. Confidential Settlement Conference Statement  (2:20-cv-00752 JDP)

| | | |
|---|---|---|
| Dated: May 8, 2023 | | Respectfully submitted, |
| | | ROB BONTA<br>Attorney General of California<br>PREETI K. BAJWA<br>Supervising Deputy Attorney General |
| | | */s/ Shaina Alcheck*<br>SHAINA ALCHECK<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*N. West* |

SA2021302084/43697716.docx

2

Not. of Defs. Confidential Settlement Conference Statement  (2:20-cv-00752 JDP)

# CERTIFICATE OF SERVICE

Case Name:   *Jose Arteaga (V29993) v. West*         Case No.   **2:20-cv-00752 JDP**

I hereby certify that on May 8, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 8, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jose Osvaldo Arteaga, V-29993
Mule Creek State Prison (409020)
P.O. Box 409020
Ione, CA 95640

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 8, 2023, at San Francisco, California.

|  |  |
|---|---|
| G. Pang | *(signature)* |
| Declarant | Signature |

SA2021302084/43699701.docx