Rob Bonta, State Bar No. 202668
Attorney General of California
Preeti K. Bajwa, State Bar No. 232484
Supervising Deputy Attorney General
Shaina Alcheck, State Bar No. 345657
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3823
  Facsimile:  (415) 703-5843
  E-mail: Shaina.Alcheck@doj.ca.gov
*Attorneys for Defendant N. West*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSE O. ARTEAGA,<br><br>                       Plaintiff,<br><br>v.<br><br>N. WEST,<br><br>                      Defendant. | Case No. 2:20-cv-00752 JDP<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Jose O. Arteaga and Defendant N. West, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 5/22/2023             */s/ Jose Arteaga*
                                           JOSE O. ARTEAGA
                                           Plaintiff

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:20-cv-00752 JDP)

Dated: 5/22/2023

*Shaina Alcheck*

Shaina Alcheck
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendant N. West

SA2021302084
43709034.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:20-cv-00752 JDP)

# CERTIFICATE OF SERVICE

Case Name:   *Jose Arteaga (V29993) v. West*          Case No.    **2:20-cv-00752 JDP**

I hereby certify that on <u>May 22, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(l)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>May 22, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jose O. Arteaga, V-29993
Mule Creek State Prison (409020)
P.O. Box 409020
Ione, CA 95640
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 22, 2023</u>, at San Francisco, California.

G. Pang
Declarant

Signature

SA2021302084/43718643.docx